**Order entered November 21, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01602-CV

### IN RE MICHAEL STOUT, Relator

**Original Proceeding from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F91-02544-MT**

## ORDER

Before Justices FitzGerald, Lang, and Myers

Based on the Court's opinion of this date, we **DISMISS** relator's petition for writ of mandamus for want of jurisdiction. We **ORDER** that relator bear the costs of the original proceeding.

/s/     LANA MYERS
        JUSTICE